1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  21CR3386-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| GENARO CANO-SIFUENTES, | |
| Defendant. | |

17

18    Upon joint motion of the parties, **IT IS HEREBY ORDERED** that

19  Mr. Cano-Sifuentes' Motion Hearing/Trial Setting, currently scheduled for January

20  28, 2022, be rescheduled to ***February 25, 2022, at 1:30 p.m***.  It is further ordered

21  that time should be excluded in the interests of justice. See 18 U.S.C. §

22  3161(h)(7)(A).

23    **SO ORDERED.**

24  Dated:  January 25, 2022

25                                Hon. Janis L. Sammartino

26                                United States District Judge

27

28