UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>GENARO CANO-SIFUENTES,<br><br>           Defendant. | Case No.: 21CR3386-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

  Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **April 29, 2022**; the hearing is **CONTINUED** to **Friday, May 13, 2022** at **9:00 a.m.**

  IT IS SO ORDERED.

Dated:  April 25, 2022

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge